IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| CASEY WILLIAM HYLAND, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | Civil Action No.: 3:05-CV-612-R |
| ) | |
| v.  ) | Hon. Thomas B. Russell |
| ) | |
| HOMESERVICES OF AMERICA, INC., *et al.*,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

**SUPPLEMENTAL DECLARATION OF GARY S. JACOBSON IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT OF THE CLAIMS AGAINST CERTAIN DEFENDANTS REALOGY CORPORATION, CENTURY 21 REAL ESTATE LLC, COLDWELL BANKER REAL ESTATE CORPORATION, AVIS BUDGET GROUP, INC., f/k/a CENDANT CORPORATION, RE/MAX INTERNATIONAL, INC., RE/MAX KENTUCKY-TENNESSEE, INC., SUZY WATKINS, REALTORS 2000, INC., d/b/a RE/MAX ALLIANCE, DAVID BISCHOF REALTY, LLC, D/B/A RE/MAX CONNECTIONS, PROPERTIES EAST, INC., D/B/A RE/MAX PROPERTIES EAST, AND ALLIANCE REAL ESTATE SERVICES, LLC, d/b/a RE/MAX ALLIANCE**

GARY S. JACOBSON, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a member of the law firm of Lovell Stewart Halebian Jacobson LLP, one of the attorneys for the Plaintiffs herein. I respectfully submit this Supplemental Declaration for the purpose of updating or correcting the potential estimated numbers of relevant residential real estate transactions made by Class members in the Commonwealth of Kentucky during the Class Period which was previously set forth at paragraphs 7 and 8 of my declaration, filed November 23, 2011 (Doc. No. 529-3) in support of the motion for preliminary approval of the proposed settlement with the Realogy Defendants ("Jacobson Declaration").

2. In estimating the number of relevant transactions for the Jacobson Declaration, I relied upon Plaintiffs' consultants' work with the data from the Defendants' submissions on the motion for class certification. However, in Plaintiffs' experts' subsequent work, more conservative and, I believe, more precise estimates have been used for calculating settlement payouts on transactions for the HomeServices Defendants, the Realogy Defendants, and Defendant Coldwell Banker McMahan.

3. These corrected estimates are specifically based on the January 6, 2012 expert report of Dr. Gary French. They are as follows:

| | |
|---|---|
| 17,139 | HomeServices Defendants |
| 22,642 | Realogy Defendants |
| 4,121 | Defendant Coldwell Banker McMahan |
| <u>31,568</u> | ReMax Defendants |
| 75,470 | TOTAL |

4. Multiplying the amounts that Defendants have agreed to pay, by the corrected, updated and more conservative estimates listed above, it appears that the Class may potentially recover from the settling Defendants, through the proposed settlements, $2,142,375 in respect of the HomeServices Defendants (17,139 x $125); $1,698,150 in respect of the Realogy Defendants (22,642 x $75); $309,075 in respect of Defendant Coldwell Banker McMahan (4,121 x $75); and $947,040 in respect of the ReMax Defendants (31,568 x $30).

5. The total potential recovery from the proposed settlements, based on the foregoing more conservative estimates, is approximately $5,096,640.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2012.

                                                 /s/ Gary S Jacobson
                                               Gary S. Jacobson

Dated: April 12, 2012                 Respectfully Submitted:
                                         /s/ Robert W. "Joe" Bishop
                                         BISHOP & ASSOCIATES, P.S.C.
                                         Robert W. "Joe" Bishop, Esq.
                                         6520 Glenridge Park Place, Suite 6
                                         Louisville, KY 40222
                                         Telephone: (502) 425-2600
                                         Facsimile: (502) 425-9115
                                         firm@bishoplegal.net

                                         LOVELL STEWART HALEBIAN JACOBSON LLP
                                         Christopher Lovell, Esq.
                                         Gary S. Jacobson, Esq.
                                         Merrick S. Rayle, Esq.
                                         61 Broadway, Suite 501
                                         New York, NY 10006
                                         Telephone: 212-608-1900
                                         Facsimile: 212-719-4677
                                         clovell@lhsllp.com
                                         gsjacobson@lshllp.com
                                         msrayle@sbcglobal.com

                                         EASTMAN LAW OFFICES
                                         Martha M. Eastman, Esq.
                                         3721 Taylorsville Road
                                         Louisville, Kentucky 40220
                                         502-456-1331
                                         eastman@eastmanlawoffice.com

                                         *COUNSEL FOR THE PLAINTIFFS AND THE CLASS*


**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and exact copy of the foregoing was served on all counsel of record via the Court's electronic filing system on April 12, 2012.

                                                             /s/ Robert W. "Joe" Bishop
                                                             *Counsel for Plaintiffs and the Class*