## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CASE NO. 3:05-CV-612-R

CASEY WILLIAM HYLAND, *et al.*                                              PLAINTIFFS

V.                              **ORDER**

HOMESERVICES OF AMERICA, INC., *et al.*                                     DEFENDANTS

Counsel wishing to participate in the conference call on **July 13, 2012 at 11:00 a.m. EDT** should call **1-877-336-1831** then give the **Access Code 6879517 and #, then when prompted press # again** to join the call.

IT IS SO ORDERED.

July 6, 2012

**ENTERED BY ORDER OF THE COURT**

United States District Court
Vanessa L. Armstrong, Clerk

Thomas B. Russell, Senior Judge

By: /s/ *Kelly P. Harris*
Deputy Clerk

cc:   Counsel