UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

_____
Casey William Hyland, et al.,            )
        Plaintiffs,            )
                                       )
    v.                             )
                                       )   Civil Action No.: 3:05-CV-612-R
HomeServices of America, Inc., et al.,   )
                                       )
        Defendants.             )
_____)

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COUNTER DEPOSTION <u>DESIGNATIONS</u>

Class Plaintiffs' object to the use of deposition testimony for witnesses who testify live at trial or who have otherwise not been established to be unavailable within the meaning of Fed.R.Evid.804.

### Donald W. Blevins

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 17:22-25 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 20:5-17 | Legal conclusion, speculation, lack of foundation and is improper opinion testimony by a lay witness. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 47:8-10 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |

### Michael Carman

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 25:11-25:17 | Hearsay – Fed. R. Evid. 801, 802. |
| 71:10-72:11 | Calls for speculation, lack of foundation Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 75:4-5 | Calls for speculation, lack of foundation. |

1

| | |
|---|---|
| | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 75:7-20 | Calls for speculation, lack of foundation. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 86:7-11 | Calls for speculation, lack of foundation. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 89:11-16 | Calls for a legal conclusion and is improper opinion testimony from a lay witness. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 89:21-90:7 | Calls for speculation, lack of foundation. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 95:9-95:23 | Calls for speculation, lack of foundation. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 101:1-5 | Calls for speculation, lack of foundation. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |

## Brad DeVries Individual Capacity

| Defendants' Designation | Class Plaintiffs' Objection |
|---|---|
| 14:24 to 15:7 | Incomplete designation: designated portion omits balance of testimony concerning Exhibit 1. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 27:20 to 27:25 | Incomplete designation: designated portion omits balance of testimony concerning Exhibit 9. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 60:7 to 61:18 | Incomplete designation: designated portion omits balance of testimony concerning Exhibit 9. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 65:12 to 66:12 | Incomplete: designated portion omits balance of testimony concerning Exhibit 10. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |

**Brad DeVries Rule 30(b)(6) Designee**

| Defendants' Designation | Class Plaintiffs' Objection |
|---|---|
| 70:12 to 70:17 | Incomplete designation: designated portion begins balance of line of inquiry at 70:21 to 72:9. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 70:20 to 71:1 | Incomplete designation: designated portion omits balance of line of inquiry at 70:21 to 72:9. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 108:11 to 108:15 | Incomplete designation: Begins and ends on answer; question omitted. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 111:10 to 112:3 | Incomplete designation: designated portion omits balance of answer at 112:4 to 113:4. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 112:8 to 112:17 | Incomplete designation: designated portion begins mid-answer. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 137:22 to 138:12 | Incomplete designation: designated portion omits question.  Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |

**R. Michael French**

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 23:17 – 24:24 | Calls for a legal conclusion, unfair prejudicial, confuse/mislead the jury Fed.R.Evid 403. |
| 25:19 – 27:8 | Speculation, confuse/mislead the jury under Fed.R.Evid 403 |
| 27:17 – 28: 19 | unfair prejudicial, confuse/mislead the jury Fed.R.Evid 403. |
| 30:3 – 30:25 | Calls for a legal conclusion, unfair prejudicial, confuse/mislead the jury Fed.R.Evid 403. |
| 32:24 -33:4 | Calls for a legal conclusion, unfair prejudicial, confuse/mislead the jury Fed.R.Evid 403. |
| 34:23 – 34:24 | Incomplete response, calls for speculation |

3

### Stephen Gavin

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 53:25-54:3 | Speculative, lack of foundation. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 57:4-57:8 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 89:14-20 | Speculative, lack of foundation. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 95:3-95:11 | Calls for a legal conclusion, speculation, lack of foundation and is improper opinion testimony by a lay witness. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |

### Ann McDonald

| Defendants' Designation | Class Plaintiffs' Objection |
|---|---|
| 27:11 to 27:18 | Calls for speculation, lack of foundation. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 28:4 to 28:14 | Irrelevant to any fact of consequence in determining the action. Fed. R. Evid. 401, 402. |
| 32:6 to 32:15 | Irrelevant to any fact of consequence in determining the action. Fed. R. Evid. 401, 402. |
| 49:9 to 49:11 | Irrelevant to any fact of consequence in determining the action. Fed. R. Evid. 401, 402. |
| 53:12 to 53:13 | Incomplete designation: question omitted. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 53:21 to 53:24 | Irrelevant to any fact of consequence in determining the action. Fed. R. Evid. 401, 402. |
| 56:7 to 56:24 | Irrelevant to any fact of consequence in determining the action. Fed. R. Evid. 401, 402. |
| 79:12 to 79:24 | Incomplete designation: excludes balance of questions and answers concerning Exhibit 10. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. |

|  |  |
|---|---|
|  | 403. |
| 96:10 to 96:17 | Witness speculates. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 99:11 to 99:18 | Witness speculates. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |

### Arvil J. McMahan December 21, 2011

| Defendants' Designation | Class Plaintiffs' Objection |
|---|---|
| 8:11-8:19 | Objection, incomplete, rule of completeness. Unfair prejudice confuses the issues and misleads the jury, absent inclusion of 8:20 to 9:8 – Fed. R. Evid. 403. |
| 21:8 to 22:16 | Incomplete designation: designated portion begins mid-answer. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 22:21 to 23:2 | Incomplete designation: designated portion begins mid-answer. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 35:24 to 36:5 | Incomplete: designated portion omits predicate question. Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 45:10 to 45:16 | Incomplete designation: designated portion begins mid-answer. Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 57:20 to 57:22 | Ends on question. Irrelevant - Fed. R. Evid. 401, 402. |
| 58:1 to 58:1 | Begins and ends on answer; question omitted. Irrelevant - Fed. R. Evid. 401, 402. |
| 58:3 to 58:10 | Irrelevant - Fed. R. Evid. 401, 402. |
| 60:10 to 63:16 | Calls for speculation. Irrelevant - Fed. R. Evid. 401, 402. |
| 65:6 to 66:24 | Calls for speculation. Irrelevant - Fed. R. Evid. 401, 402. |
| 83:20 to 84:1 | Calls for speculation. Irrelevant - Fed. R. Evid. 401, 402. |

5

| | |
|---|---|
| 96:19 to 97:3 | Incomplete designation: designated portion excludes question. Irrelevant - Fed. R. Evid. 401, 402. |
| 107:14 to 108:6 | Calls for speculation. Irrelevant - Fed. R. Evid. 401, 402. |
| 124:2 to 125:6 | Irrelevant - Fed. R. Evid. 401, 402. |
| 142:25 to 143:17 | Irrelevant - Fed. R. Evid. 401, 402. |
| 171:23 to 172:5 | Incomplete designation: designated portion omits material part of answer. Irrelevant - Fed. R. Evid. 401, 402 |
| 196:23 to 197:9 | Calls for speculation. Irrelevant - Fed. R. Evid. 401, 402. |
| 200:4 to 200:19 | Incomplete designation: designated portion begins mid-answer. Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |

### Arvil J. McMahan April 6, 2012

| Defendants' Designation | Class Plaintiffs' Objection |
|---|---|
| 104:10 to 105:11 | Incomplete designation: designated portion begins with answer. Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 113:6 to 113:7 | Incomplete designation: designated portion omits portions of question and answer. Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |

### Anthony Murphy

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 72:19 – 73:8 | Improper lay opinion. |

### Ray Rector December 21, 2011

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 11:24 – 11:35 | Incomplete, misleading under Fed.R.Evid 403 |
| 24:2 – 24:14 | Incomplete, misleading under Fed.R.Evid 403 |
| 30:14 – 30:15 | Incomplete, misleading under Fed.R.Evid |

|  | 403 |
|---|---|
| 55:18 – 56:7 | Cumulative. Irrelevant Under Fed.R.Evid 401, 402. |
| 167:6 – 167:13 | Irrelevant Under Fed.R.Evid 401, 402. Incomplete and Calls for a legal conclusion. Will be misleading/confusing for the jury under Fed.R.Evid 403. |

### Rick Scott

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 79:23-79:24 | Incomplete. Will be misleading/confusing for the jury under Fed.R.Evid 403. |

### George G, Sirk, Jr

| Defendants' Designation | Plaintiffs' Objection |
|---|---|
| 35:8 – 35:16 | Call for speculation and a legal conclusion. Will be misleading/confusing to the jury under Fed.R.Evid 403 |
| 36:18 – 36:20 | Irrelevant under Fed.R.Evid. 401, 402. Incomplete will be misleading/confusing to the jury under Fed.R.Evid 403 |
| 38:18 – 38:20 | Incomplete will be misleading/confusing to the jury under Fed.R.Evid 403. Calls for speculation |
| 51:9 – 51:11 | Irrelevant under Fed.R.Evid 401, 402. Incomplete will be misleading/confusing to the jury under Fed.R.Evid 403. |
| 70:16 – 73:6 | Speculation; irrelevant under Fed.R.Evid 401, 402. |

### Todd Smith

| Defendants' Designation | Class Plaintiffs' Objection |
|---|---|
| 23:4 to 23:6; 23:18 to 23:20 | Irrelevant to any fact of consequence in determining the action. Fed. R. Evid. 401, 402. |
| 49:25 to 50:7 | Incomplete designation: designated portion excludes balance of testimony concerning Exhibit 2. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 51:12 to 51:14 | Incomplete designation: designated portion excludes balance of testimony concerning Exhibit 2. Unfair prejudice, |

7

|  | confuses the issues, misleads the jury – Fed. R. Evid. 403. |
|---|---|
| 51:24 to 52:11 | Incomplete designation: designated portion excludes balance of testimony concerning Exhibit 2. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 58:2 to 58:6 | Incomplete designation absent inclusion of 58:7 to 58:21. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |
| 76:6 to 76:24 | Calls for a legal conclusion, requires speculation, lack of foundation, seeks to elicit improper opinion testimony from lay witness. Inadmissible. Fed. R. Evid. 403. |
| 77:7 to 77:18 | Calls for a legal conclusion, requires speculation, lack of foundation, seeks to elicit improper opinion testimony from lay witness. Inadmissible - Fed. R. Evid. 403. |
| 79:12 to 79:24 | Incomplete designation: excludes balance of questions and answers concerning Exhibit 10. Unfair prejudice, confuses the issues, misleads the jury – Fed. R. Evid. 403. |

Dated July 9, 2012

Respectfully submitted,

**LOVELL STEWART HALEBIAN JACOBSON LLP**
By:/s/ *Christopher Lovell*
Christopher Lovell (admitted *pro hac vice*)
Gary S. Jacobson (admitted *pro hac vice*)
Merrick S. Rayle (admitted *pro hac vice*)
61 Broadway, Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

**BISHOP & ASSOCIATES, P.S.C.**
Robert W. Bishop
6520 Glenridge Park Place, Suite 6
Louisville, Kentucky 40222
Telephone: (502) 425-2600
Facsimile: (502) 425-9115

**EASTMAN LAW OFFICE**
Martha M. Eastman
3721 Taylorsville Rd.
Louisville, KY 40220
Telephone: (502) 456-1331
Facsimile: (502) 454-5393

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the Plaintiffs' Objections to Defendants' Counter Deposition Designations was filed electronically on July 9 2012, with electronic service to be made through the Court's ECF system to Counsel of Record who are registered with the Court's said ECF system.

              /s/ Fred T. Isquith
              Counsel for Plaintiffs