# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| **CASEY WILLIAM HYLAND**, *et al.* | : | Case No. 3:05-cv-00-612-TBR-JDM |
| | : | |
| Plaintiffs, | : | |
| | : | **DEFENDANTS' OBJECTIONS TO** |
| v. | : | **PLAINTIFFS' COUNTER-** |
| | : | **DESIGNATIONS OF DEPOSITION** |
| **HOMESERVICES OF AMERICA, INC.,** | : | **TESTIMONY** |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 26(a)(3)(B), Defendants HomeServices of America, Inc., HomeServices of Kentucky, Inc., Semonin Realtors, Rector-Hayden Realtors, and Coldwell Banker McMahan Company make the following objections to the Plaintiffs' Counter-Designations of Deposition Testimony (Docket # 721).

### Objections to Plaintiffs' Counter-Designations of Deposition Testimony

The Defendants object to the use of deposition testimony for witnesses who testify live at trial or who have otherwise not been established to be unavailable within the meaning of Fed. R. Evid. 804.

The Defendants also object to the Plaintiffs' counter-designations to the extent that such counter-designations do not encompass complete questions and answers. Many of the counter-designations do not include a question or do not include the entire answer.

### Barbara Campbell

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 41:23 to 42:12 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.  No personal knowledge – Fed. R. Evid. 602.  Impermissible lay opinion – Fed. R. Evid. 701. |

1

| 42:18-21 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.  No personal knowledge – Fed. R. Evid. 602. Impermissible lay opinion – Fed. R. Evid. 701. |
| 70:19 to 70:24 | Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.  No personal knowledge – Fed. R. Evid. 602.  Impermissible lay opinion – Fed. R. Evid. 701. |
| 74:11 to 74:15 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 87:11 to 87:25 | Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 89:17 to 89:22 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |

**Stephen Gavin**

| Plaintiffs' Counter Designation | Defendants' Objection |
| --- | --- |
| 29:23 to 30:21 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 31:5 to 32:10 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 34:24 to 37:18 | |
| 52:1 to 53:25 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 55:1 to 57:25 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 59:16 to 61:16 | |
| 59:16 to 60:3 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.  No personal knowledge – Fed. R. Evid. 602. Impermissible lay opinion – Fed. R. Evid. 701. |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 60:24 to 61:16 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.   No personal knowledge – Fed. R. Evid. 602.   Calls for speculation. |
| 102:23 to 103:3 | Irrelevant - Fed. R. Evid. 401, 402.   Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.   No personal knowledge – Fed. R. Evid. 602. |

### Arvel J. McMahan 12/21/2011

The Defendants object to any "counter-designations" from the December 21, 2011 Deposition of Arvel J. McMahan.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 151:1 to 159:25 | |
| 151:1 to 159:18 | Incomplete designation. |
| 159:19 to 159:25 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 170:1 to 171:25 | Incomplete designation. |
| 176:1 to 178:25 | Incomplete designation. |
| 198:1 to 204:25 | Irrelevant - Fed. R. Evid. 401, 402.   Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 198:1 to 203:24 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 204:17 to 204:25 | Incomplete designation.   Irrelevant - Fed. R. Evid. 401, 402. |

### Arvel J. McMahan 4/6/2012

The Defendants object to any "counter-designations" from the April 6, 2012 Deposition of Arvel J. McMahan.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 87:1 to 87:25 | |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 92:1 to 92:25 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. Impermissible lay opinion – Fed. R. Evid. 701. |

## Michael Carman

The Defendants object to any "counter-designations" from the Deposition of Michael Carman. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 41:1 to 43:25 | Incomplete designation. Fed. R. Evid. 701. Witness offered no testimony against Defendants. Mr. Carman's testimony is the subject of a motion in limine and is objectionable for all the reasons stated therein. Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 47:1 to 47:25 | Incomplete designation. Fed. R. Evid. 701. Witness offered no testimony against Defendants. Calls for speculation. Mr. Carman's testimony is the subject of a motion in limine and is objectionable for all the reasons stated therein. Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, Confusing the issues, misleading the jury – Fed. R. Evid. 403. |

## Mary Ann Garback

The Defendants object to any "counter-designations" from the Deposition of Mary Ann Garback. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 50:1 to 50:25 | Incomplete designation. |
| 64:1 to 64:25 | Fed. R. Evid. 401, 403. Lack of foundation. Incomplete designation. |

**Ann D. McDonald**

The Defendants object to any "counter-designations" from the Deposition of Ann D. McDonald.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 8:14 to 8:15 | Incomplete designation. |
| 11:19 to 11:20 | Incomplete designation. |
| 53:1 to 53:25 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402.  Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 64:1 to 64:25 | Incomplete designation. |
| 89:1 to 91:25 | Hearsay - Fed. R. Evid. 801, 802.  Irrelevant - Fed. R. Evid. 401, 402.  Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.  *Noerr-Pennington* - *see* Joint Motion in Limine No. 2. |
| 89:1 to 89:21 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 91:14 to 91:25 | Incomplete designation. |

**DeVries 30(b)(6)**

The Defendants object to any "counter-designations" from the Rule 30(b)(6) Deposition of Brad DeVries.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 18:1 to 21:25 | Fed. R. Evid. 401; 403.  Irrelevant, unfair prejudice, confusing the issues, misleading the jury, lack of foundation.  There are no piercing, alter-ego, successor or director liability claims pled.  Fed. R. Evid. 801 and 802 – inadmissible hearsay. |
| 70:1 to 70:25 | Incomplete designation.  Fed. R. Evid. 401; 403.  There are no piercing, alter-ego, successor or director liability claims pled. |

5

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 80:1 to 82:25 | Incomplete designation.  Lack of foundation.  Fed. R. Evid. 401; 403.  There are no piercing or alter-ego claims pled.  Question assumes facts not in evidence; Rector-Hayden was not a separate entity from HSK in 2003-2007. |

### DeVries – Individual

The Defendants object to any "counter-designations" from the Individual Deposition of Brad DeVries.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 8:1 to 14:25 | Fed. R. Evid. 401; 403.  Broker administrative commissions are irrelevant to any fact of consequence in the action.  Lack of foundation.  Incomplete designation. |
| 18:1 to 19:25 | Fed. R. Evid. 401; 403.  Incomplete designation. |
| 21:1 to 22:25 | Fed. R. Evid. 401; 403.  Incomplete designation.  *Noerr-Pennington – see* Joint Motion in Limine No. 2. |
| 58:1 to 61:25 | Fed. R. Evid. 401; 403.  Lack of foundation.  Exhibit 9 relates to a 2/21/06 sales meeting that is outside the Class Period and does not have probative value.  Exhibit 9 is also not a duplicate of the original.  Incomplete designation. |
| 64:1 to 65:25 | Fed. R. Evid. 401; 403.  Broker administrative commissions are irrelevant to any fact of consequence in the action.  Incomplete designation. |
| 73:1 to 75:25 | Fed. R. Evid. 401; 403.  Relocation procedures are irrelevant to any fact of consequence in the action.  Incomplete designation. Lack of foundation. |
| 91:1 to 93:25 | Fed. R. Evid. 401, 403.  Exhibit 20 is the subject of a motion in limine and is objectionable for all the reasons stated therein.  Incomplete designation.  Fed. R. Evid. 801, 802 – inadmissible hearsay.  Exhibit 20 was also untimely added to Plaintiffs' trial exhibit list and should be disregarded. |

6

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 102:1 to 104:25 | Fed. R. Evid. 401, 403. Incomplete designation. Lack of foundation. Fed. R. Evid. 801, 802 – inadmissible hearsay. Exhibit 25 is the subject of a motion in limine and is objectionable for all the reasons stated therein. Exhibit 25 was also untimely added to Plaintiffs' trial exhibit list and should be disregarded. |
| 162:1 to 162:25 | Fed. R. Evid. 401, 403. Incomplete designation. Lack of foundation. Fed. R. Evid. 801, 802 – inadmissible hearsay. Exhibit 45 is the subject of a motion in limine and is objectionable for all the reasons stated therein. Exhibit 45 was also untimely added to Plaintiffs' trial exhibit list and should be disregarded. |

### Ray Rector 12/21/2011

The Defendants object to any "counter-designations" from the December 21, 2011 Deposition of Ray Rector. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 90:4 to 90:12 | |
| 104:10 to 105:1 | Fed. R. Evid. 401, 403. Fed. R. Evid. 801, 802 – inadmissible hearsay. Lack of foundation. Calls for speculation. |
| 109:1 to 114:25 | Fed. R. Evid. 401, 403. Assumes facts not in evidence. Incomplete designation. Lack of foundation. |
| 180:1 to 181:25 | Fed. R. Evid. 401, 403. Incomplete designation |
| 194:1 to 197:25 | Fed. R. Evid. 401, 403. Incomplete designation. Lack of foundation. |
| 196:1 to 196:25 | Duplicative of above entry. Fed. R. Evid. 401, 403. Incomplete designation. Lack of foundation. |
| 214:1 to 214:25 | Fed. R. Evid. 401, 403. Incomplete designation. |
| 232:1 to 238:25 | Fed. R. Evid. 401, 403. Incomplete designation. |

**Ray Rector 2/16/2012**

The Defendants object to any "counter-designations" from the February 16, 2012 Deposition of Ray Rector.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 47:1 to 47:25 | Fed. R. Evid. 401, 403.   Incomplete designation. |

**Todd Smith**

The Defendants object to any "counter-designations" from the Deposition of Todd Smith.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 42: to 45:25 | Fed. R. Evid. 701.   Witness offered no testimony against Defendants.   Calls for speculation.   Mr. Smith's testimony is the subject of at least two motions in limine and is objectionable for all the reasons stated therein. Irrelevant - Fed. R. Evid. 401, 402.  Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 42:1 to 45:7 | Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 45:8 to 45:25 | Incomplete designation.   Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. State action doctrine – *see* Joint Motion in Limine No. 2. |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 48:1 to 49:25 | Incomplete designation. Fed. R. Evid. 701. Witness offered no testimony against Defendants. Calls for speculation. Mr. Smith's testimony is the subject of at least two motions in limine and is objectionable for all the reasons stated therein. *Noerr-Pennington* - *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. Hearsay - Fed. R. Evid. 801, 802. Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. No personal knowledge – Fed. R. Evid. 602. |
| 51:1-25 | Incomplete designation. Fed. R. Evid. 701. Witness offered no testimony against Defendants. Calls for speculation. Mr. Smith's testimony is the subject of at least two motions in limine and is objectionable for all the reasons stated therein. *Noerr-Pennington* - *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. Hearsay - Fed. R. Evid. 801, 802. Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. No personal knowledge – Fed. R. Evid. 602. |

### Rick Scott

The Defendants object to any "counter-designations" from the Deposition of Rick Scott. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 16:1 to 16:25 | Incomplete designation. |

### Donald W. Blevins

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 8:10 to 8:16 | |

9

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 16:3 to 17:17 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 30:4 to 31:15 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 47:3 to 47:25 | Calls for a legal conclusion, speculation, and lack of foundation.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. No personal knowledge – Fed. R. Evid. 602. Impermissible lay opinion – Fed. R. Evid. 701. |
| 52:12 to 52:20 | |
| 54:1 to 54:16 | Calls for a legal conclusion, speculation, lack of foundation and is improper opinion testimony by a lay witness.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 54:1 to 54:15 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402.  Impermissible lay opinion – Fed. R. Evid. 701 |
| 54:16 to 54:25 | Incomplete designation. |

**Michael DeBusschere**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 8:7 to 8:18 | |
| 11:14 to 11:20 | |
| 25:5 to 25:17 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 27:9 to 28:3 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 29:1 to 30:25 | |
| 29:1 to 29:8 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 30:24 to 30:25 | Incomplete designation. |
| 35:25 to 39:6 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |

### Cindy Shannon

The Defendants object to any "counter-designations" from the Deposition of Cindy Shannon.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 50:1 to 51:25 | Incomplete designation |

### Lesha Hays

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 18:3 to 18:4 | |
| 20:1 to 20:10 | |
| 22:24 to 23:11 | |
| 32:1 to 32:25 | Incomplete designation. |
| 52:12 to 54:11 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

### Lisa Stephenson

The Defendants object to any "counter-designations" from the Deposition of Lisa Stephenson.  The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 50:1 to 50:25 | Incomplete designation. |

### Susan Fister

The Defendants object to any "counter-designations" from the Deposition of Susan Fister. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 11:1 to 11:25 | Incomplete designation. |
| 53:1 to 53:25 | Incomplete designation. |

### Ronald J. Peltier - Individual Capacity

The Defendants object to any "counter-designations" from the Individual Deposition of Ronald J. Peltier. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 71:1 to 78:25 | Fed. R. Evid. 401; 403. There are no piercing, alter-ego, successor or director liability claims pled. Incomplete designation. Lack of foundation. Fed. R. Evid. 801, 802 – inadmissible hearsay. |

### Larry A. Garwood

The Defendants object to any "counter-designations" from the Deposition of Larry A. Garwood. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 17:1 to 17:25 | Incomplete designation. |
| 17:15 to 17:25 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |

### Patrick Alvey Hayden, Sr.

The Defendants object to any "counter-designations" from the Deposition of Patrick Alvey Hayden, Sr. The Defendants did not designate any testimony from this deposition,

**and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 16:1 to 16:25 | Incomplete designation. |

## Anne Flowers

| Plaintiffs' Designation | Defendants' Objection |
|---|---|
| 12:1 to 12:15 | |
| 13:1 to 13:25 | Irrelevant – Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 20:19 to 21:3 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 22:20 to 23:19 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 31:14 to 31:18 | |
| 34:6 to 35:18 | |
| 37:11 to 37:25 | Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 58:2 to 58:19 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

**Dana Bosch**

| Plaintiffs' Designation | Defendants' Objection |
|---|---|
| 42:1 to 42:2 | Incomplete designation. Calls for hearsay and violates Rule 1002. The best evidence of the content of the document is the document itself. Irrelevant – Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 42:21 to 44:4 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. Calls for hearsay and violates Rule 1002. The best evidence of the content of the document is the document itself. |

**Anthony Murphy**

The Defendants object to any "counter-designations" from the Deposition of Anthony Murphy. The Defendants did not designate any testimony from this deposition, and therefore any "counter-designations" are an improper attempt to circumvent the Court's deadline for designating deposition testimony.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 70:1 to 71:25 | Fed. R. Evid. 401, 403. Incomplete designation. Fed. R. Evid. 801, 802 – inadmissible hearsay. Exhibit 24 is not identified on Plaintiffs' trial exhibit list. |

**William Edgar Maggard**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 19:19 to 20:17 | |
| 21:15 to 24:14 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 26:7 to 26:18 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 28:20 to 29:20 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

## Edgar Whitaker, Jr.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 12:21 to 13:1 | |
| 13:7 to 13:16 | |
| 20:1 to 21:23 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 23:17 to 24:21 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 32:9 to 32:11 | |
| 33:21 to 34:12 | |
| 34:5 to 34:12 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 42:13 to 42:22 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

## George G. Sirk, Jr.

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 7:22 to 8:7 | |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 11:3 to 12:12 | |
| 28:22 to 30:2 | |
| 39:11 to 41:17 | Irrelevant - Fed. R. Evid. 401, 402. Hearsay - Fed. R. Evid. 801, 802. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. State action doctrine – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 79:7 to 80:10 | |
| 88:10 to 89:14 | |

## Patricia Ann Carr

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 8:18 to 9:10 | |
| 24:2 to 25:13 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 26:13 to 27:20 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 30:3 to 30:13 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 30:18 to 32:3 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 48:3 to 50:22 | Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 51:1 to 52:4 | |
| 51:1 to 51:18 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 51:19 to 52:4 | |

### Angel Dostal

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 13:14 to 14:10 | |
| 14:10 to 15:23 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 15:24 to 17:24 | |
| 25:5 to 26:18 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 26:25 to 27:11 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

### Stephen Fredrick Glauber

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 7:6 to 7:20 | |
| 13:17 to 15:13 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

**Conne Baker**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 5:23 to 6:13 | |
| 12:2 to 12:16 | |
| 12:21 to 14:1 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 14:20 to 15:9 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 21:1 to 21:14 | |

**Anthony Wayne Silvey**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 22:14 to 24:6 | |
| 22:14 to 23:16 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 25:25 to 26:12 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 28:4 to 28:19 | |
| 28:11 to 28:19 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 31:13 to 32:6 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 37:5 to 37:19 | |

**Betty Plummer**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 10:19 to 11:16 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 12:4 to 12:14 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 13:22 to 14:10 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 22:7 to 22:19 | |

### Donald David Swain

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 34:4 to 36:10 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 38:5 to 39:17 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. |
| 47:18 to 48:14 | |
| 52:1 to 52:15 | |
| 54:22 to 54:25 | |
| 55:17 to 56:18 | Hearsay - Fed. R. Evid. 801, 802. |
| 57:20 to 58:25 | |
| 59:1 to 59:9 | |
| 60:10 to 61:8 | |
| 64:7 to 64:13 | |
| 64:17 to 64:25 | |
| 84:4 to 85:1 | |
| 98:9 to 99:15 | |

### Janice Mueller

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 12:1 to 13:3 | |
| 33:1 to 33:17 | |

**Donna Foster**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 40:1 to 40:25 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 41:16 to 41:21 | Incomplete designation.  Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 49:7 to 49:25 | |
| 50:12 to 50:25 | |
| 57:14 to 57:23 | |
| 61:3 to 62:19 | |
| 69:9 to 70:12 | |
| 79:18 to 79:23 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 83:16 to 87:8 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2.  Incomplete designation.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 88:14 to 88:22 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Incomplete desgiantion.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 89:14 to 90:5 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2.  Incomplete designation.  Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |
| 97:24 to 99:16 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.  Lack of foundation. Calls for speculation. |
| 98:19 to 99:6 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403.  Lack of foundation. Calls for speculation. |

**Steven Edward Frank**

| Plaintiffs' Counter Designation | Defendants' Objection |
|---|---|
| 21:10 to 21:13 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 26:5 to 27:8 | |
| 26:5 to 26:8 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 29:14 to 29:13 | Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. |
| 33:9 to 37:4 | Irrelevant - Fed. R. Evid. 401, 402. Unfair prejudice, confusing the issues, misleading the jury – Fed. R. Evid. 403. *Noerr-Pennington* – *see* Joint Motion in Limine No. 2. Improper counter-designation as it goes beyond the scope of testimony designated by Defendants. |

Respectfully submitted,

*/s/ Robert D. MacGill*
Robert D. MacGill
robert.macgill@btlaw.com
Karoline E. Jackson
karoline.jackson@btlaw.com
Hamish S. Cohen
hamish.cohen@btlaw.com
Matthew B. Barr
matthew.barr@btlaw.com
Brendan W. Miller
brendan.miller@btlaw.com

Barnes & Thornburg LLP
11 South Meridian Street, Suite 1313
Indianapolis, Indiana 46204
(317) 236-1313 (phone)
(317) 231-7433 (fax)

Attorneys for HomeServices of America, Inc., HomeServices of Kentucky, Inc., Semonin Realtors and Rector-Hayden Realtors

/s/ *Matthew C. Blickensderfer*
Matthew C. Blickensderfer
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6162
(513) 651-6981 (fax)

*Attorney for Defendant McMahan Company, Inc.*
*(d/b/a Coldwell Banker McMahan Company)*

**<u>CERTIFICATION OF SERVICE</u>**

I certify that on July 9, 2012, I served Defendants' Objections to Plaintiffs' Counter-Designations of Deposition Testimony with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to counsel of record.


*/s/ Matthew C. Blickensderfer*