UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| CASEY WILLIAM HYLAND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 3:05-CV-612-R |
| | ) | |
| v. | ) | Hon. Thomas B. Russell |
| | ) | |
| HOMESERVICES OF AMERICA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT OBJECTIONS TO PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

Defendants incorporate herein by reference all their prior objections to Plaintiffs' Trial Exhibits, PX1 – PX154. (D.I. 727). Each Defendant objects to the admission against it of any documents of any other Defendant. Such documents are hearsay as to the objecting Defendant. *See* Fed. R. Evid. 801(d)(2)(E). Defendants further object to the use of PX155, PX156 and PX157 as trial exhibits because they are untimely. All trial exhibits were to be filed and produced for inspection no later than June 18, 2012. Plaintiffs did not seek leave of Court to amend their trial exhibit list. Rather, Plaintiffs unilaterally filed an "amended" trial exhibit list on June 27, 2012 – 9 days after the Court's deadline – purporting to add three additional trial exhibits. Plaintiffs have not established good cause for missing the June 18, 2012 deadline. Defendants are filing a separate motion to disregard these untimely exhibits.

| NO. | DOCUMENT DESCRIPTION | DEFENDANTS' OBJECTION(S) |
|---|---|---|
| PX 155 | Email dated August 13, 2007 from Rhonda Benavidez to Brad DeVries | Defendants object to PX155 for the reasons stated in the HomeServices Defendants' Motion in Limine No. 3 (D.I. 688). <br><br> Defendants object to PX155 pursuant to F.R.E. 401 and 403. Defendants also object to PX155 as irrelevant because the exhibit was created after the Class Period and has no bearing on any events occurring within the Class Period. |
| PX 156 | Email dated August 23, 2006 from Brad Robinson to Tony Murphy | Defendants object to PX156 for the reasons stated in the HomeServices Defendants' Motion in Limine No. 4 (D.I. 689). <br><br> Defendants object to PX156 pursuant to F.R.E. 401 and 403. Defendants also object to PX156 as irrelevant because the exhibit was created after the Class Period and has no bearing on any events |

1

| NO. | DOCUMENT DESCRIPTION | DEFENDANTS' OBJECTION(S) |
|---|---|---|
| | | occurring within the Class Period. Defendants also object to PX156 because it contains inadmissible hearsay. Defendants also object to PX156 for lack of foundation. |
| PX 157 | Emailed dated August 24, 2006 from Brad Robinson to Joe Lowry et al. | Defendants object to PX157 for the reasons stated in the HomeServices Defendants' Motion in Limine No. 4 (D.I. 689).<br><br>Defendants object to PX157 pursuant to F.R.E. 401 and 403. Defendants also object to PX157 as irrelevant because the exhibit was created after the Class Period and has no bearing on any events occurring within the Class Period. Defendants also object to PX157 because it contains inadmissible hearsay. Defendants also object to PX157 for lack of foundation. |

Respectfully submitted,

*/s/ Robert D. MacGill*
Robert D. MacGill
robert.macgill@btlaw.com
Karoline E. Jackson
karoline.jackson@btlaw.com
Hamish S. Cohen
hamish.cohen@btlaw.com
Matthew B. Barr
matthew.barr@btlaw.com
Brendan W. Miller
brendan.miller@btlaw.com

Barnes & Thornburg LLP
11 South Meridian Street, Suite 1313
Indianapolis, Indiana 46204
(317) 236-1313 (phone)
(317) 231-7433 (fax)

*Attorneys for HomeServices of America, Inc., HomeServices of Kentucky, Inc., Semonin Realtors and Rector-Hayden Realtors*

/s/ *Matthew C. Blickensderfer*
Matthew C. Blickensderfer
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6162
(513) 651-6981 (fax)

*Attorney for Defendant McMahan Company, Inc.*
*(d/b/a Coldwell Banker McMahan Company)*

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on July 10, 2012 a true and exact copy of the foregoing was served on all counsel of record via the Court's electronic filing system, which will send notice of such filing to counsel of record.

/s/ *Matthew C. Blickensderfer*