UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:05-CV-612-R

CASEY WILLIAM HYLAND, et al.                              PLAINTIFFS

V.

HOMESERVICES OF AMERICA, INC., et al.                        DEFENDANTS

**ORDER**

This matter is before the Court upon Defendant HomeServices of Kentucky's motion to strike Plaintiffs' response to its motion for summary judgment as untimely (DN 664). In accordance with this Court's Scheduling Order (DN 557), HomeServices of Kentucky ("HSK") filed its motion for summary judgment on April 20, 2012. The Scheduling Order, which set forth an expedited briefing schedule for dispositive motions due to several motions to continue, stated that Plaintiffs' response was due on May 11, 2012. Plaintiffs filed their response to HSK's motion for summary judgment at 12:58 a.m. on May 12, 2012 (DN 654). On May 14, 2012, Plaintiffs' counsel filed an affidavit which explained this tardy filing, stating that earlier attempts to electronically file the response failed "due to the length of the document or bandwidth issues or both." Isquith Declaration, DN 660, at ¶ 3. The Court finds that the drastic remedy of striking Plaintiffs' response is unwarranted. Plaintiffs' reasons for filing their response a mere 58 minutes late was certainly understandable and HSK has not articulated any prejudice suffered by it as a consequence of the timing of the filing. Accordingly, HSK's motion to strike is DENIED.