UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:05-CV-612-R

CASEY WILLIAM HYLAND, et al.                                          PLAINTIFFS

V.

HOMESERVICES OF AMERICA, INC., et al.                                 DEFENDANTS

## ORDER

This matter is before the Court upon Plaintiffs' motion for leave to file a fifth amended complaint (DN 675). The HomeServices Defendants have responded (DN 731). In Plaintiffs' fifth amended complaint, Plaintiffs seek to include allegations of alter ego liability as to Defendant HomeServices of America. Plaintiffs filed this motion for leave to file a fifth amended complaint on June 15, 2012, after dispositive motions were filed.

Plaintiffs' motion for leave to amend the complaint is untimely and will be denied. Plaintiffs' motion was filed after the Court-imposed deadline for dispositive motions. Allowing amendment now would greatly prejudice the defendants and delay the resolution of this action. Additionally, allowing Plaintiffs to amend the complaint would be futile. This Court granted summary judgment to Defendants, finding that Plaintiffs failed to present evidence supporting an inference that Defendants illegally conspired to fix real estate commissions and tending to exclude the possibility that Defendants acted independently. Thus, allowing Plaintiffs to amend the complaint to include an alter ego theory of liability as to HomeServices of America would be futile. *See Miller v. Champion Enters., Inc.*, 346 F.3d 660, 690 (6th Cir. 2003) (citations and quotation omitted)(Denial of leave to amend may be appropriate "where there is undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by

amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.").

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion for leave to amend the complaint (DN 675) is DENIED.