UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| CASEY WILLIAM HYLAND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:05-CV-00612-R |
| | ) | |
| vs. | ) | |
| | ) | |
| HOMESERVICES OF AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**SATISFACTION OF JUDGMENT**

Defendants HomeServices of America, Inc. and HomeServices of Kentucky, Inc., d/b/a Semonin Realtors and Rector–Hayden Realtors ("HomeServices") submits the following satisfaction of judgment related to the Court's May 7, 2013 Memorandum Opinion and Order, ECF No. 761, awarding costs against Plaintiffs and in favor of HomeServices in the amount of $87,305.57. HomeServices states that Plaintiffs have fully paid the costs award, and certifies that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry on the docket of the full and complete satisfaction of said judgment.

Dated: July 6, 2015

BARNES & THORNBURG, LLP

By /s/ Karoline E. Jackson

Robert D. MacGill
Karoline E. Jackson
11 S. Meridian Street
Indianapolis, IN 46204
Tel:  (317) 236-1313

Counsel for Defendants Home Services of America, Inc., HomeServices of Kentucky, Inc., d/b/a Semonin Realtors and Rector-Hayden Realtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2015 a true and exact copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

/s/ Karoline E. Jackson